# In the United States District Court for the Southern District of Georgia Brunswick Division

EBONY-AZIZI SYLLA,

    Plaintiff,

v.

BRIAN P. KEMP, et al.,

    Defendants.

CV 222-043

## ORDER

Before the Court is Plaintiff Ebony-Azizi Sylla's Motion to Dismiss, no. 13, wherein she notifies the Court that she wishes to dismiss this action without prejudice. The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, Plaintiff's motion is **GRANTED**, and all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 8 day of December, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA